# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:18CR250** |
| | ) | |
| vs. | ) | |
| | ) | |
| **DEVRON FRANKLIN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [63]. The Defendant was recently found guilty by a jury in the District Court of Douglas County Nebraska and was sentenced to not less than 50 years imprisonment. This sentence imposed may obviate the necessity of jury trial in this district. Counsel requests additional time to meet with his client to discuss his options. Counsel has also had difficulty meeting with his client due to COVID-19 restrictions. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [63] is granted, as follows:

1. The jury trial, now set for October 12, 2021, is continued to **January 18, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 18, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:** September 24, 2021.

**BY THE COURT:**

s/ Michael D. Nelson
**United States Magistrate Judge**